DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McGILL

No. 76 PC.

Case below: 38 N.C. App. 29.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 11 October 1978.

STATE v. MILLER

No. 30 PC.

Case below: 37 N.C. App. 163.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. MONTGOMERY

No. 29 PC.

Case below: 37 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. MOORE and JAMES

No. 32 PC.

Case below: 37 N.C. App. 248.

Petition by defendant Moore for writ of certiorari to the North Carolina Court of Appeals denied 4 October 1978. Petition by defendant James for discretionary review under G.S. 7A-31 denied 4 October 1978. Motion of Attorney General to dismiss appeal of defendant James for lack of substantial constitutional question allowed 4 October 1978.

STATE v. NORMAN

No. 25 PC.

Case below: 37 N.C. App. 458.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.